Jeffrey I. Hasson
Attorney at Law
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR 97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Oregon State Bar No. 872419
Attorney for Defendant Professional Recovery Services, Inc.

Hon. Michael R. Hogan

FILED'10 DEC 07 15:30 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DEAN R. VOGT and KAREN L. ABAT,<br><br>                Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC AND PROFESSIONAL RECOVERY SERVICES, INC.,<br><br>                Defendant. | Case No.: 6:10-CV-06372-HO<br><br>STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT PROFESSIONAL RECOVERY SERVICES, INC. |

Based on the Stipulation of the parties below, and it appearing the above-entitled Action has been fully compromised and settled between plaintiff and defendant Professional Recovery Services, Inc. (PRS), Now, Therefore, It Is Hereby:

ORDERED and ADJUDGED that the above Action be and hereby is dismissed without prejudice and without costs as to the action between plaintiff and PRS.

Dated 12/6/10

Michael R. Hogan, District Court Judge

PAGE 1.  STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT PROFESSIONAL RECOVERY SERVICES, INC.

IT IS SO STIPULATED:

DAVENPORT & HASSON, LLP

/s/ Jeffrey I. Hasson                                    Dated: December 2, 2010
Jeffrey I. Hasson, OSB #872419
Of Attorneys for Defendant PRS

ALBERTAZZI LAW FIRM

/s/ Jonathan H. Johnson                                  Dated: December 2, 2010
Jonathan H. Johnson, OSB #091184
Of Attorneys for Plaintiff

MARTIN BISCHOFF TEMPLETON
LANGSLET & HOFFMAN LLP

/s/ Michael J. Farrell                                   Dated: December 2, 2010
Michael J. Farrell, OSB#902587
Attorneys for Defendant Chase

PAGE 2.   STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT PROFESSIONAL
          RECOVERY SERVICES, INC.